**Glue WILKINS, Appellant**

v.

**Ms. Jennifer L. TRAXLER, Esquire, Deputy Court Administrator Superior Court of Pennsylvania, Appellee**

**No. 29 MAP 2017**

Supreme Court of Pennsylvania.

August 14, 2017

## ORDER

PER CURIAM

**AND NOW,** this 14th day of August, 2017, the Notice of Appeal is quashed.